# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 96 DB 2020  (No. 57 RST 2020) |
| | : | |
| HEATHER ANN CICALESE | : | Attorney Registration No. 70973 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
|   FROM INACTIVE STATUS | : | (Chester County) |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2020, the Report and Recommendation of Disciplinary Board Member dated August 21, 2020, is approved and it is ORDERED that Heather Ann Cicalese, who has been on Inactive Status, has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.